```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUAN ORTEGA ET AL.,
                  Plaintiffs,         22-cv-2108 (JGK)

      - against -                <u>ORDER</u>

WOLVERINE WORLD WIDE, INC.,
                  Defendant.

JOHN G. KOELTL, District Judge:

The summons and complaint were served on the defendant on March 24, 2022. ECF No. 7. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was April 14, 2022.

The time to respond to the complaint is extended to **May 10, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

The conference scheduled for May 23, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
         April 25, 2022

                                    John G. Koeltl
                              United States District Judge