

**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

May 9, 2022

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
5/9/22

Re:     *Ortega v. Wolverine World Wide, Inc.*, Civil Action No.: 1:22-cv-02108-JGK

Dear Judge Koeltl:

This office represents Defendant Wolverine World Wide, Inc. ("Defendant") in the above-referenced action. We write to respectfully request a 30-day extension of time for Defendant to respond to the Complaint, up to and including June 9, 2022.

By way of background, Plaintiff commenced this action on March 14, 2022. (ECF No. 1.) Defendant was served with the Complaint on March 24, 2022. (ECF No. 7.) Accordingly, Defendant's deadline to respond to the Complaint was April 14, 2022. On April 25, 2022, the Court, *sua sponte*, extended Defendant's deadline to respond to the Complaint to May 10, 2022, and cancelled the Initial Conference scheduled for May 23, 2012. (ECF No. 8.)

This is the first request for an extension of this deadline which, if granted, will not affect any other scheduled dates. The reasons for this request are to provide time for Defendant to investigate the allegations in order to respond to the Complaint, and for the parties to explore the possibility of a non-litigated resolution. This office has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

The undersigned was only recently engaged, but nonetheless apologizes to the Court to the extent any inconvenience was caused regarding the original responsive pleading deadline and the above-referenced *sua sponte* extension and cancellation of the May 23 conference.

We thank the Court in advance for its time and attention to this matter, and for its consideration of this application.



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:  All counsel of record